B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District Of Virginia

In re  Deborah M Burks  ,                                                                      Case No.  17-60570

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust | U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust |
|---|---|
| _____<br>Name of Transferee | _____<br>Name of Transferor |

Name and Address where notices to transferee should be sent:
SN Servicing Corporation
323 5th Street
Eureka, CA 95501

Court Claim # (if known):  4-1
Amount of Claim:  $35,870.77
Date Claim Filed:  3/29/2017

Phone:  800-603-0836
Last Four Digits of Acct. #:  9112

Phone:  800-603-0836
Last Four Digits of Acct. #:  9112

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: :   /s/ Keith Yacko                                                      Date:      April 20, 2021
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **TRANSFER OF CLAIM OTHER THAN FOR SECURITY** in the above captioned case was this day served upon the below named persons by mailing, postage prepaid, first class mail or by electronic service copy of such instrument to each person, party, and/or counsel at the addresses shown below:

**Via U.S. Mail**

Deborah M Burks
1028 Union Hill Road
Amherst, VA 24521

**Via CM/ECF electronic service:**

Stephen E Dunn
Stephen E Dunn Esq
201 Enterprise Drive
Suite A
Forest, VA 24551

Herbert L Beskin
Chapter 13 Trusteeship
123 East Main St., Ste. 310
Charlottesville, VA 22902

Dated: April 20, 2021

Respectfully submitted,
/s/ Keith Yacko
Keith Yacko, Virginia Bar No. 37854
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: (470) 289-4347
Facsimile: (404) 745-8121
E-mail: kyacko@mtglaw.com



**SN SERVICING CORPORATION**
323 5TH STREET
EUREKA CA 95501

(800) 603-0836
Para Espanol, Ext. 2660 o 2643
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

March 11, 2021

KENNETH BURKS
DEBORAH BURKS
1028 UNION HILL RD
AMHERST VA  24521

RE: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Collateral: 1028 UNION HILL ROAD; AMHERST, VA

## NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF LOAN

Dear Borrower:

The Truth in Lending Act, 15 U.S.C. 1601, requires that borrowers receive a written Notice when their loan is assigned, sold or transferred.  This assignment, sale or transfer does not change the terms of your loan or your contractual obligations as described in your loan documents.  The information below describes the details of the assignment, sale or transfer of your mortgage loan:

- Date of Assignment, Sale or Transfer: **February 28, 2021**

- The transfer of ownership has been filed in the mortgage records for the county or local jurisdiction where the property securing this mortgage is located or registered with Mortgage Electronic Registration systems, Inc. whichever is applicable to this mortgage loan.

- A servicer is authorized to act on behalf of the owner/lender to handle the daily servicing of your loan.  Your servicer collects payments for your account.  **If you have any questions about your loan, please contact your servicer at the telephone number, address or website listed below:**

  | | |
  |---|---|
  | Name: | **SN Servicing Corporation** |
  | Address: | **323 Fifth Street, Eureka CA  95501** |
  | Telephone Number: | **(800) 603-0836 (Toll free) 8:00 a.m. - 5:00 p.m. Pacific Time** |
  | Website Address: | www.snsc.com |

- An owner (also known as a "lender") is the person to whom the loan belongs.  The identity of your new owner is:

  | | |
  |---|---|
  | Name: | **U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust** |
  | Address: | **7114 E Stetson Dr Ste 250; Scottsdale, AZ 85251** |
  | Telephone Number: | **(800) 603-0836** |

**Partial Payment:**

On behalf of the lender, the servicer may hold payments that are less than the full amount due (partial payments) in a separate account until you pay the rest of the payment, and then apply the full payment to your loan.

If this loan is sold, your new lender may have a different policy.

**Please do not send payments to the owner listed above, as they will not be credited to your loan.  Your monthly payments and all inquiries must be sent directly to your servicer, SN Servicing Corporation.  The servicer has authority to act on the owner's behalf with regard to the administration of your loan.**