UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:                                              CASE NO. 17-60570
                                                    CHAPTER 13
DEBORAH M BURKS
                                                    JUDGE REBECCA B. CONNELLY

        DEBTOR                                      **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Herbert L. Beskin, files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 004-PRE | XXXXXXXXXXXXXXXXXXX | $325.80 | $325.80 | $325.80 |
| Total Amount Paid by Trustee | | | | $325.80 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 17-60570

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 6th day of July, 2022.

DEBORAH M BURKS, 1028 UNION HILL ROAD, AMHERST, VA  24521

ELECTRONIC SERVICE - STEPHEN E. DUNN, ESQ., 201 ENTERPRISE DRIVE, SUITE A, FOREST, VA  24551

U.S. BANK TRUST NATIONAL ASSOCIATION, C/O SN SERVICING CORP., 323 5TH STREET, EUREKA, CA  95501

ELECTRONIC SERVICE - United States Trustee

| | |
|---|---|
| Date:  July 06, 2022 | /s/ Herbert L. Beskin |
| | Herbert L. Beskin |
| | Chapter 13 Trustee |
| | P.O. Box 2103 |
| | Charlottesville, VA  22902 |
| | Ph: 434-817-9913; Email: |
| | ch13staff@cvillech13.net |